# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISTRIBUTED MEDIA SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEEZER S.A., <br><br> Defendant. | CIVIL ACTION NO. 2:22-cv-254-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF DISTRIBUTED MEDIA SOLUTIONS, LLC'S NOTICE OF COMPLIANCE WITH PARAGRAPHS 1 & 3 OF THE DISCOVERY ORDER

Distributed Media Solutions, LLC, Plaintiff in the above-entitled and numbered action, hereby notifies the Court and all parties that on February 9, 2023, Plaintiff complied with the Court's Docket Control Order (Dkt. No. 18) by serving its Initial and Additional Disclosures as required by paragraphs 1 & 3 of the Court's Discovery Order (Dkt. No. 19) upon counsel of record for Defendant Deezer S.A.

DATED:   February 9, 2023

Respectfully submitted,

/s/ Stafford Davis
Stafford Davis
State Bar No. 24054605
Email: sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
Email: cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 S Broadway Ave
Tyler, Texas 75701
Phone: (903) 593-7000
Fax: (903) 705-7369

Mark S. Raskin
Michael S. DeVincenzo
Daniel Miller

KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com
daniel.miller@us.kwm.com

Attorneys for Plaintiff Distributed Media Solutions, LLC